JOHN DOUBEK
DOUBEK, PYFER & STORRAR, PC
PO Box 236
Helena MT 59624
Telephone: (406) 442-7830
Facsimile: (406) 442-7839
john@lawyerinmontana.com

*Attorneys for Plaintiff*

FILED
FEB 25 2019
ANGIE SPARKS, Clerk of District Court
By_____Deputy Clerk

INDEXED

MONTANA FIRST JUDICIAL DISTRICT, LEWIS & CLARK COUNTY

| | |
|---|---|
| ROBIN FEIST,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE, FEDERAL INSURANCE COMPANY, A SUBSIDIARY OF CHUBB INSURANCE COMPANY AKA CHUBB INA HOLDINGS INC AND UNITED FIRE AND CASUALTY COMPANY<br><br>Defendants. | Cause No. CDV-2019-82<br><br>AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL |

Comes now, Plaintiff for her Complaint against Defendants and alleges the following:

I.

All acts and omissions occurred within Lewis and Clark County, State of Montana.

II.

On September 12, 2012 Plaintiff was involved in a car crash along the Lincoln Road just north of Helena, Montana. In that accident she sustained serious physical and emotional injuries,

1

physical and emotion suffering, medical bills, future medical bills, damages to earnings and earning capabilities and an altered and impaired way of life and lifestyle.

III.

Plaintiff asserted a claim against another driver in that case named Skylar Bartole for driving in a negligent manner. Skylar's insurance company, Farmer's Insurance, paid its policy limits to Plaintiff. However, said insurance payment was insufficient to compensate Plaintiff for all of the harms she suffered in the car crash.

IV.

Plaintiff was also insured under a policy with Defendant State Farm Mutual Insurance Company at the time, namely policy number 038-6772-A06-26. State Farm was an insurance company engaged in selling automobile insurance and providing Under Insured Motorist coverage to Plaintiff.

V.

Plaintiff was also at the time driving a company vehicle which was insured through Federal Insurance Company, policy number 73503414, which was a subsidiary of Chubb Insurance Company/Chubb INA Holding Insurance. It would appear that another of the insurers for that same UIM coverage was another subsidiary called United Fire and Casualty.

VI.

All of the named insurance companies provided UIM coverage to Plaintiff under her own policy of insurance with her husband Earl Feist and the UIM coverage under her employer's auto policy. In any event, Plaintiff prays for adequate compensation to address all of the harms she suffered in the underlying crash.

Wherefore, Plaintiff prays for such special, general and compensatory damages as are proved at trial and which she is entitled to receive under said policies of insurance and such other and further relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by ajury herein.

DATED this 25TH day of February, 2019.

DOUBEK, PYFER & STORRAR PC

By _____
John Doubek
Attorney for Plaintiff