
FILED
JUN 1 4 2019
Clerk, U S District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| ROBIN FEIST,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, A SUBSIDIARY OF CHUBB INSURANCE COMPANY AKA CHUBB INA HOLDINGS INC AND UNITED FIRE AND CASUALTY COMPANY,<br><br>               Defendants. | No. CV-19-23-H-SEH<br><br>**ORDER** |

On June 13, 2019, Plaintiff's counsel misfiled Document No. 8, which "is not related to this case in any way" and "contains the personal information relating to another client and case."[1] Plaintiff's counsel is cautioned against allowing

---

[1] Doc. 9 at 1.

inappropriate or incorrect filings to be made in the future.

ORDERED:

Plaintiff's Motion to Seal Document No. 8 (Doc. 9) is GRANTED.

The clerk is directed to seal Docket Number 8.

DATED this 14th day of June, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge