FILED

NOV 14 2019

Clerk, U.S District Court
District Of Montana

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA HELENA DIVISION

| | |
|---|---|
| ROBIN FEIST, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM AUTOMOBILE INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, A SUBSIDIARY OF CHUBB INSURANCE COMPANY A/K/A CHUBB INA HOLDINGS INC. AND UNITED FIRE AND CASUALTY COMPANY <br><br> Defendants. | Cause No: CV-19-23-H-SEH <br><br><br> ORDER OF DISMISSAL WITH PREJUDICE |

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above, captioned action is dismissed with prejudice, and Plaintiff and Defendants shall be responsible for their own costs, expenses and attorney's fees incurred in connection with the above-captioned action.

ORDERED this 14th day of November, 2019.

*[signature]*
SAM E. HADDON
United States District Judge